

February 20, 2015

**Via ECF**

Honorable Valerie E. Caproni
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 240
New York, NY 10007

Re:     *IN RE: COMMODITY EXCHANGE, INC., GOLD FUTURES AND OPTIONS TRADING
        LITIGATION*, 14-MD-2548 (VEC)

        *This Document Relates To All Actions*

Dear Judge Caproni:

        We write on behalf of Plaintiffs in the above-referenced consolidated actions to request
the Court's endorsement of a brief 10-day extension for Plaintiffs to file their Consolidated
Amended Complaint.

        As the Court is aware, Plaintiffs' filed their original Consolidated Complaint in these
actions on December 15, 2014.  Defendants moved, for the first time, to dismiss the
Consolidated Complaint on February 13, 2015.  Having had no previous opportunity to amend in
response to Defendants' motions, Plaintiffs intend to exercise their right to amend, in accordance
with Your Honor's Individual Rule 3.E.i. and Federal Rule 15(a)(1)(B).

        Under the Court's Individual Rules, Plaintiffs have 21 days from the filing of
Defendants' motion to dismiss in which to amend their pleading.  Because of the broad array of
arguments raised by Defendants in their motions to dismiss, some of which may require further
investigation, Plaintiffs respectfully request 10 additional days, which would make their new
complaint due on March 16, 2015.  Defendants do not oppose Plaintiffs' request.


Respectfully submitted,


   /s/ *Daniel L. Brockett*                              /s/ *Merrill G. Davidoff*
Daniel L. Brockett                              Merrill G. Davidoff
QUINN EMANUEL URQUHART                          BERGER & MONTAGUE, P.C.
  & SULLIVAN LLP                                1622 Locust Street
51 Madison Ave., 22nd Floor                     Philadelphia, PA 19103
New York, NY 10010


cc:     All Counsel of Record (via ECF)